BROOKLYN TRUST COMPANY, as Trustee of AMORY LELAND, Respondent, v. JOHN F. O'NEIL, Appellant, and Others, Undertenants.— Motion for reargument of motion for leave to appeal to the Appellate Division denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

PAUL COHEN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for reargument of motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

NORMAN FINKELSTEIN, Appellant, v. B. C. K. REALTY CORPORATION, Respondent. (Appeals Nos. 1 and 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ROBERT HUTCHINSON, as Administrator, etc., of THOMAS A. HUTCHINSON, Deceased, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ARCHIBALD S. GELLIS, an Attorney and Counselor at Law.— Motion for leave to supplement petition granted. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

BESSIE JAFFEE and Another, Respondents, v. ELIAS WISTREICH, Appellant, and Others, Defendants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

MICHAEL P. KOSOLAPOV, Appellant, v. RUSSO-ASIATIC BANK, Respondent.— Motion for leave to appeal to the Court of Appeals as to the first cause of action denied. Motion for reargument as to the second cause of action denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals as to the second cause of action denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LAND MARK CORPORATION, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent, and Others, Defendants. (Appeal No. 2.) — Motion to resettle order denied. The practice in this court on motions made under rule 106 of the Rules of Civil Practice, is that ten dollars costs and disbursements only shall be allowed, whether there is an affirmance or reversal. (See Teich v. Conduit Land Corporation, 234 App. Div. 900.) Present — Young, Hagarty, Carswell and Scudder, JJ.; Lazansky, P. J., not voting.

ERNEST LIKAY, as Administrator, etc., of MARGARET LIKAY, Deceased, Respondent, v. ARNOLD GOTTESMAN and Others, Appellants.— Motion to resettle order granted and order resettled by striking therefrom the word " with ten dollars costs and disbursements " and by inserting in place thereof the words " with costs to appellants to abide the event." Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. [See ante, p. 806.]